**SHAKED LAW GROUP, P.C.**
44 Court Street, Suite 1217
Brooklyn, New York 11201
Tel: (917) 373-9128
Fax: (718) 504-7555
Email: ShakedLawGroup@gmail.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------X

ARETHA CROSSON, Individually and as the representative of a class of similarly situated persons,

Case No. 1:18-4234-PKC-CLP

Plaintiff,

- against -

INSTANTFIGURE, INC.,

Defendant.

---------------------------------------------------------X

**NOTICE OF VOLUNTARY DISMISSAL**

Aretha Crosson, by her attorneys, Shaked Law Group, P.C., and pursuant to FRCP 41(a)(1)(A) hereby provides notice of voluntary dismissal, with prejudice, of the above-referenced matter against InstantFigure, Inc. No Answer has been filed in this case.

Dated: Brooklyn, New York
September 13, 2018

SHAKED LAW GOUP, P.C.
Attorneys for Plaintiff

By: _/s/Dan Shaked_______________
Dan Shaked (DS-3331)
44 Court St., Suite 1217
Brooklyn, NY 11201
Tel. (917) 373-9128
Fax (718) 704-7555
e-mail: ShakedLawGroup@Gmail.com